# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MICHAEL F. BAILEY,  )<br>)<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>A.J. PADULA,  )<br>)<br>Respondent.  )<br>_____) | CIVIL ACTION NO. 3:08–268-TLW-JRM<br><br><br>**ORDER** |

The Report and Recommendation filed January 15, 2009, recommending that Respondent's motion for summary judgment be granted based on the Anti-Terrorism and Effective Death Penalty Act statute of limitations, has been rejected due to the holding of <u>Jimenez v. Quarterman</u>, 129 S.Ct. 681 (2009). The case has been remanded to the undersigned for further consideration. Respondent shall file a supplemental return addressing Petitioner's claims on the merits on or before April 3, 2009.

**IT IS SO ORDERED.**

_____
Joseph R. McCrorey
United States Magistrate Judge

Columbia, South Carolina

February 19, 2009